UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LUIS GIL,                                                   Case No.: 17-CV-1520 (ARR)(SJB)
      *Plaintiff*

      - against -                                    **NOTICE OF MOTION**

NIKI FRANTZIS and
95-05 41ST AVENUE LLC,
      *Defendants*, jointly and severally.
--------------------------------------------------------X

**S     I     R     S:**

    **PLEASE TAKE NOTICE** that upon this Notice of Motion, the accompanying Declaration of NIKI FRANTZIS, sworn to on November 23, 2018, the accompanying Memorandum of Law, dated November 23, 2018, and upon all the pleadings and proceedings heretofore had herein, Defendants NIKI FRANTZIS and 95-05 41ST AVENUE, LLC., will move this Court, the Hon. Allyne R. Ross, U.S. District Judge, at the Courthouse thereof located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time chosen by the Court, for the following relief:

A.    Pursuant to Rules 55(c) and 60(b) of the Federal Rules of Civil Procedure, and other applicable law and rules, an Order vacating and setting aside the entry of default, entered against Defendants on August 11, 2017;

B.    Pursuant to Rules 55(c) and 60(b) of the Federal Rules of Civil Procedure, and other applicable law and rules, an Order vacating and setting aside the Default Judgment, entered against Defendants on September 11, 2018;

C.    An Order allowing Defendants to defend this Action by serving and filing an Answer, in the same form as annexed as **Exhibit E** to Defendants' Memorandum of Law in support of this Motion;

1

D.    Alternatively, an Order pursuant to Rule 60(a) of the Federal Rules of Civil Procedure: (i) correcting the Default Judgment, entered on September 11, 2018, and the conclusion section of the underlying Report and Recommendation of the Hon. Sanket J. Bulsara, U.S.M.J., dated August 17, 2018, to accurately reflect the Court's determination and finding of Defendants' joint and several liability for all back wages, liquidated damages and civil penalties related to Plaintiff's work at 95-05-41st Avenue, Elmhurst, NY 11373, and (ii) correspondingly correcting and reducing the amount of the Judgment entered against Defendants on September 11, 2018, so that Defendants are adjudged, as of September 11, 2018, jointly and severally liable for $98,716.06, with Defendant Niki Frantzis alone separately liable for an additional $2,300.50 for Plaintiff's alleged work on her private home; and

E.    Such other and further relief as this Court deems just, equitable, and proper.

Dated:  Great Neck, NY
        November 26, 2018

                                Respectfully Submitted,


                                _____/s/ Samuel L. Drukman_____
                                Samuel L. Drukman, Esq.
                                THE LAW OFFICES OF IRA S. NEWMAN
                                98 Cutter Mill Road, Suite 441-South
                                Great Neck, New York 11021
                                (516) 487-7375
                                samueldrukman@iranewmanlaw.com
                                inewman@mindspring.com


TO:

*Attorneys for Plaintiff:*

EISNER & DICTOR, P.C.
39 Broadway, Suite 1540
New York, NY 10006
(212) 473-8700
ATTN: Thomas J. Lamadrid, Esq., thomas@eisnerdictor.com

MAKE THE ROAD NEW YORK
92-10 Roosevelt Avenue
Jackson Heights, NY 11372
(718) 565-8500
ATTN: Elizabeth Sprotzer, Esq., Elizabeth.sprotzer@maketheroadny.org